UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAUNU RENAH WILLIAMS,

     Plaintiff,

 v.

John Doe STONIER,

     Defendant.

CASE NO. C12-5122 BHS-JRC

REPORT AND RECOMMENDATION

NOTED: MAY 18, 2012

  The District Court referred this 42 U.S.C. §1983 civil rights action to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. The Court recommends that plaintiff be given thirty days to pay the full filing fee.

  Plaintiff filed this action February 10, 2012. He did not pay the filing fee and he did not move to proceed in forma pauperis. The Clerk's Office sent plaintiff a deficiency letter on February 24, 2012. The letter outlines a number of defects with plaintiff's filing, including, failure to pay the filing fee or, in the alternative to file a motion to proceed in forma pauperis. The Clerk's Office sent this letter to the address on file, the Western State Hospital (ECF No. 2).

1  Plaintiff filed a notice of change of address on March 5, 2012 (ECF No. 5). The Hospital

2  returned the deficiency letter as undeliverable on March 12, 2012. The letter was resent to

3  plaintiff at his new address on March 13, 2012. Plaintiff took no action until April 17, 2012.

4  The Clerk's office informed the Court that plaintiff attempted to pay a partial filing fee of

5  One Hundred Dollars on April 17, 2012. The Clerk's office returned the funds as this court does

6  not accept partial filing fees.

7  Plaintiff has failed to file a motion to proceed in forma pauperis. The Court recommends

8  that this action be dismissed unless plaintiff pays the full filing fee or a motion to proceed in

9  forma pauperis within thirty days.

10  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

11  fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P.

12  6. Failure to file objections will result in a waiver of those objections for purposes of de novo

13  review by the district judge. See 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

14  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on May

15  18, 2012, as noted in the caption.

16  Dated this 19th day of April, 2012.

J. Richard Creatura
United States Magistrate Judge