UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAUNU RENAH WILLIAMS,

                Plaintiff,

v.

JOHN DOE STONIER,

                Defendant.

CASE NO. C12-5122BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

       This matter comes before the Court on the Report and Recommendation ("R&R")
of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 5). The Court
having considered the R&R and the remaining record, and no objections having been
filed, does hereby find and order as follows:

       (1)      The R&R is **ADOPTED**;

       (2)      Plaintiff's application to proceed *in forma pauperis* is **DENIED**; and

       (3)      Plaintiff is instructed to **pay the filing fee within 30 days** of the date of this

               order to proceed with his petition.

Dated this 30th day of May, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER