UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAUNU RENAH WILLIAMS,

    Plaintiff,

  v.

STONIER,

    Defendant.

CASE NO. C12-5122 BHS

ORDER DISMISSING ACTION

  On August 2, 2012, the Court issued an order granting Plaintiff Maunu Renah Williams (Williams) motion for extension of time (Dkt. 7). Dkt. 8. In that order, the Court gave Williams until September 2, 2012 to either file a proper motion to proceed *in forma pauperis* or to pay the filing fee of $350.00 or the case will be dismissed. *Id.* On August 10, 2012, Williams sent a letter response to the Court's order (Dkt 8) sent the Court a letter indicating in part that he had paid the filing fee. Dkt. 9. On September 10, 2012, the Court electronically posted a notice to Williams and sent a notice by mail, stating that the Court would look into the allegations that he had paid the filing fee and asking him to update his address, if it had changed. *See* Dkt. 10 & 11. On September 19,

ORDER - 1

1 | 2012, the notice was returned to the Court as undeliverable. Dkt. 11. Since August 10,
2 | 2012, the Court has not received payment of the filing fee, or any further information
3 | from William regarding his case or change of address. The Court has no means of
4 | contacting Williams. The Court therefore **ORDERS** this case **DISMISSED without**
5 | **prejudice**.

Dated this 5th day of November, 2012.

BENJAMIN H. SETTLE
United States District Judge